Application granted.

# MANGAN LOUIS LLP

80 Maiden Lane, Suite 304
New York, New York 10038
_____
Phone: (212) 248-2170
Fax: (212) 248-2155
mpm@mangan-louis.com

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:  November 4, 2024
       New York, New York

<u>VIA ECF</u>

November 2, 2024

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Lord & Taylor Ecomm LLC v. Circle Business S.A., et al.*
    Docket No.: 23 CV 6315 (NRB)

Dear Judge Buchwald:

  I represent the defendants, Circle Business S.A., Rocco Menga and Gian Luigi Cacchiarelli, in the above-referenced action and write to request a *nunc pro tunc* extension by a single day for the defendants' Memorandum in Support of 12 (b)(6) Motion to Dismiss plaintiff's Second Amended Complaint. The Court ordered deadline for filing this motion was October 30, 2024, and on that date, I filed defendants' Notice of Motion and Declaration with thirty-three attached exhibits, but erroneously failed to file the Memorandum in the same filing. When I discovered this error the following morning, I wrote to plaintiff's counsel requested their consent to filing, and when I received plaintiff's denial of the request, I immediately filed the Memorandum.

  The filing error was caused when, on the evening of October 30, 2024, I mistakenly believed that I had filed the Memorandum with the Notice before separately filing the Declaration, which was a lengthy process due to the number of exhibits, the majority of which were exhibits to plaintiff's Second Amended Complaint.

  Though plaintiff does not consent to this request, there will be no prejudice to plaintiff, and any additional time need may be requested in a motion schedule.

  Thank you for your consideration of this request.

            Respectfully submitted,

            */s/ Michael P. Mangan*

            Michael P. Mangan (MM-5773)

Cc: Saaida M. Shapiro, Esq.
Aaron B. Ash, Esq.
Shapiro & Associates, PLLC
2291 Seventh Avenue
New York, NY 10030
(212) 606-2000